IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BART LYONS,

    Plaintiff,                       No. 2:11-cv-0268-GEB-KJN-P

    vs.

FOLSOM MERCY HOSPITAL, et al.,

    Defendant.                     <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 22, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  On October 31, 2011, plaintiff was re-served with a copy of the findings and recommendations at the address listed in the Notice of Change of Address filed October 11, 2011 (Dkt. No. 25).  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed September 22, 2011, are adopted in full; and

2. Defendants Folsom Police Department and Folsom Mercy Hospital are dismissed from this action.

Dated:  December 2, 2011

GARLAND E. BURRELL, JR.
United States District Judge