IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BART LYONS,

     Plaintiff,                No. 2:11-cv-0268 KJN P

     vs.

FOLSOM MERCY HOSPITAL, et al.,

     Defendants.         <u>ORDER</u>

_____/

     Plaintiff has filed a request for status, after filing a notice of change of address, and after receiving notification that attempted service on defendant Officer Lang was ineffective. The other two defendants remaining in this action, Folsom Police Officers Browning and Lewis, have each waived service of process, and together filed an answer to the complaint.

     The court duly notes plaintiff's change of address, to the California Conservation Center. Relative to serving defendant Lang, plaintiff states that he has no way of verifying that "Lang" is the name of the officer who was acting as Browning's partner on the date of the challenged incident, January 26, 2010. Plaintiff may obtain this information through the discovery process. Alternatively, counsel for defendants may simply provide the requisite information to plaintiff. If necessary, plaintiff may thereafter seek leave to file an amended complaint.

There is no action required by the court at the present time. By separate order, the court will set a schedule for conducting discovery and filing dispositive motions in this case.

DATED: December 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lyon0268.misc.2