IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BART LYONS,

      Plaintiff,                   No. 2:11-cv-0268 GEB KJN P

      vs.

FOLSOM MERCY HOSPITAL, et al.,

      Defendants.          <u>ORDER</u>

_____/

      In a "motion" filed February 21, 2013, plaintiff requests that the court issue subpoenas requiring the parties and others to produce certain documents, apparently in anticipation of trial. Plaintiff's motion is untimely if construed as a discovery motion, because discovery closed in this action on September 12, 2012. Plaintiff's motion is also untimely if construed as trial subpoenas, because this case is currently pending for decision on defendants' motion for summary judgment. Moreover, plaintiff's general request for a "three-month extension" is ill-timed because there will be no further activity in this case until the court reaches a decision on the pending motion for summary judgment, which is now fully briefed.

////

////

////

1

1  For these several reasons, IT IS HEREBY ORDERED that plaintiff's "motion"
2  filed February 21, 2013 (Dkt. No. 67), is denied.  Plaintiff is instructed to file no further motions
3  or documents in this case until so directed by the court.
4  DATED: March 4, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lyon0268.misc.3